# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

SATYANARAYAN HEGDE, M.D.,

    Plaintiff,

v.

ADVENTIST HEALTH SYSTEM/SUNBELT INC. d/b/a ADVENTHEALTH MEDICAL GROUP,

    Defendant.

CASE NO.: 5:22-CV-652

## NOTICE OF REMOVAL

Defendant Adventist Health System/Sunbelt, Inc. d/b/a AdventHealth Medical Group ("Defendant"), pursuant to 28. U.S.C. §§ 1331 and 1446, hereby removes this action from the Circuit Court of the Thirteenth Judicial Circuit in and for Marion County, Florida, where the action is now pending, to the United States District Court for the Middle District of Florida, Ocala Division.  The removal of this action is based upon the following:

### Background

1.    On or about September 12, 2022, Plaintiff Satyanarayan Hegde, M.D. ("Plaintiff") filed a civil action against Defendant in the Circuit Court of the Thirteenth Judicial Circuit in and for Marion County, Florida, entitled *Satyanarayan Hedge v. Adventist Health System/Sunbelt, Inc. d/b/a AdventHealth Medical Group*

(Case No.: 22-CA-001890-AX) (hereinafter "State Court Action").

2. On November 11, 2022, Plaintiff received a copy of Plaintiff's Complaint along with a request to waive personal service, which Defendant executed on November 12, 2022.

3. Plaintiff's Complaint alleges one (1) count against Defendant for alleged discrimination in violation Americans with Disabilities Act, 42 U.S.C. § 12112 *et seq.* ("ADA"), the Age Discrimination in Employment Act 29 U.S.C. § 623 *et seq.* ("ADEA"), and Title VII of the Civil Rights Act, 42 U.S.C. § 2000e-2 ("Title VII").

4. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the claims asserted under the ADA, ADEA, and Title VII in Count I of Plaintiff's Complaint as these claims arise under the laws of the United States. *See* 28 U.S.C. § 1331.

## Compliance With Procedural Requirements

5. As noted above, on November 11, 2022, Defendant received Plaintiff's Complaint and executed the waiver of service on November 12, 2022. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

6. True and correct copies of all process, pleadings, orders, and other papers or exhibits of every kind currently on file with the Clerk of the Court for the Thirteenth Judicial Circuit in and for Marion County, Florida are being

contemporaneously filed with this Notice of Removal as required by 28 U.S.C. § 1446(a) and Local Rule 1.06(b) M.D. Fla.

7. The United States District Court for the Middle District of Florida, Ocala Division includes the Thirteenth Judicial Circuit in and for Marion County, the judicial circuit in which Plaintiff filed his Complaint. Thus, removal to this Court is proper pursuant to 28 U.S.C. § 1446(a).

8. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of this removal to Plaintiff and will file a copy of this Notice of Removal in the Circuit Court of the Thirteenth Judicial Circuit, in and for Marion County, Florida.

WHEREFORE, Defendant respectfully requests the United States District Court for the Middle District of Florida, Ocala Division, accept removal of this action from the state court and direct the Circuit Court of the Thirteenth Judicial Circuit in and for Marion County, Florida have no further jurisdiction of this matter unless and until this case is remanded.

Dated: December 12, 2022

Respectfully submitted,

*/s/ Lauren C. Robertson*

Kimberly J. Doud, Bar No. 0523771
kdoud@littler.com

Lauren Robertson, Bar No. 1024845
lcrobertson@littler.com

LITTLER MENDELSON, P.C.
111 North Orange Avenue, Suite 1750
Orlando, FL  32801.2366
Telephone:    407.393.2900
Facsimile:     407.393.2929

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 12th day of December 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will automatically send an electronic message to:

Eric R. Sloan, Esq.
**The Sloan Firm PLLC**
57 W Granada Blvd.
Ormond Beach, FL 32174
Tel:  386.760.3232
eric.sloan@thesloanfirm.com

Attorney for Plaintiff

*/s/ Lauren C. Robertson*
Lauren C. Robertson

4872-0266-6560.2 / 070462-1096