IN THE CIRCUIT COURT OF THE
THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR
MARION COUNTY, FLORIDA

CASE NO.:

SATYANARAYAN HEGDE, M.D., an individual,

        Plaintiffs,

v.

ADVENTIST HEALTH SYSTEM/SUNBELT, INC., a Florida not for profit corporation d/b/a ADVENTHEALTH MEDICAL GROUP,

        Defendant.

# COMPLAINT

COMES NOW, the Plaintiff, Satyanarayan Hegde, M.D. ("HEGDE"), by and through his undersigned attorney, The Sloan Firm PLLC, to complain and allege as follows:

## NATURE OF THE ACTION

1. This is an action for discrimination in employment hiring practices and brought pursuant to 42 U.S.C. § 2000e-2, 29 U.S.C. § 623, and 42 U.S.C § 12112.

## JURISDICTION & VENUE

2. This is an action at law in which the matter in controversy exceeds, exclusive of interest, costs, and fees, thirty thousand dollars ($30,000.00); therefore, this Court has proper jurisdiction pursuant Section 26.012 of the *Florida Statutes*.

3. Marion County is the proper and appropriate venue as the discrimination alleged took place within Marion County.

## PARTIES

4. At all times relevant to this Complaint, HEGDE was a qualified Florida-licensed medical doctor seeking employment through public job postings at AdventHealth-Ocala in Marion County.

5. At all times relevant to this Complaint, ADVENTIST HEALTH SYSTEM/SUNBELT, INC. d/b/a ADVENTHEALTH MEDICAL GROUP ("AHMG") was a Florida not for profit corporation operating its business in Marion County.

## CONDITIONS PRECEDENT

1. There are no conditions precedent to the filing of this action. Plaintiff was awarded a right to sue letter by the Equal Employment Opportunity Commission on June 14, 2022, and, as such, this cause is now properly before the Court.

## STATEMENT OF ULTIMATE FACTS

2. Plaintiff's race is Asian-Indian.

3. Plaintiff's religion is Hindu.

4. Plaintiff is over the age of 40.

5. Plaintiff suffers from Rallison Syndrome and has reduced lung capacity.

6. In or about March 2020, HEGDE applied for a position with AHMG to which he was qualified. AHMG refused to hire HEGDE because of his race, religion, disability, and/or or age.

7. Including the foregoing, HEGDE had applied for six (6) different positions with AHMG of which he was substantially qualified.

8. In all six (6) incidents, AHMG rejected HEGDE because of race, religion, disability and/or age.

## COUNT I
### EMPLOYMENT HIRING DISCRIMINATION

9. Plaintiff realleges paragraphs 1 through 8 above and incorporates them herein by reference.

10. 42 U.S.C. 2000e-2 makes it unlawful to refuse to hire any individual because of such individual's race, sex, or religion.

11. 29 U.S.C. 623 makes it unlawful to refuse to hire any individual because of age.

12. 42 U.S.C 12112 makes it unlawful to discriminate against qualified individuals with disabilities.

13. On at least six (6) occasions, AHMG used race, religion, age, and/or disability to discriminate against HEGDE by refusing to hire him.

14. HEGDE was qualified for each of the six (6) positions he applied for at AHMG.

15. AHMG, on the basis of race, sex, religion, age and/or disability consistently refused to hire HEGDE for numerous positions to which he was qualified.

16. As a direct and proximate result of the foregoing discrimination, HEGDE has been damaged in the amount of $30,000.00 and such additional amounts to be proven at trial.

## ATTORNEY FEES

Plaintiffs engaged the services of The Sloan Firm PLLC for the purpose of bringing this action and has agreed to pay said attorney a reasonable fee. If this matter is resolved by default judgment, a reasonable attorney fee to award Plaintiff is $15,000.00.

## TRIAL BY JURY

Pursuant to Rule 1.430(b) of the *Florida Rules of Civil Procedure*, HEGDE demands a trial by jury as to all counts alleged herein so triable.

## PRAYER FOR RELIEF

WHEREFORE, HEGDE requests relief as follows:

1. As to Count I, for an award of damages to HEGDE in the amount of no less than $30,000.00 and such other amounts to be proven at trial;

2. For pre and post-judgment interest on all damages awarded;

3. For attorney fees and costs incurred in prosecuting this matter; and

4. For such other relief as deemed equitable and just by the Court.

DATED this 12th day of September 2022.

*Attorney Plaintiff.*

/s/ *Eric R. Sloan*
Eric R. Sloan
Florida Bar No. 1019123
The Sloan Firm PLLC
57 W Granada Blvd.
Ormond Beach, FL 32174
Telephone: (386) 760-3232
Email: eric.sloan@thesloanfirm.com