IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR MARION COUNTY, FLORIDA

SATYANARAYAN HEGDE, M.D.,
an individual,

    Plaintiff,

v.                                          CASE NO.: 22-CA-001890-AX

ADVENTIST HEALTH SYSTEM/SUNBELT
INC., a Florida not for profit corporation d/b/a
ADVENTHEALTH MEDICAL GROUP,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

Defendant ADVENTIST HEALTH SYSTEM/SUNBELT, INC. d/b/a ADVENTHEALTH MEDICAL GROUP ("Defendant") hereby files this Notice of Filing Notice of Removal and states as follows:

1. On or about September 12, 2022, Plaintiff Satyanarayan Hegde, M.D. ("Plaintiff") instituted this action against the Defendant by filing a Complaint in this Court.

2. Plaintiff's Complaint alleges one (1) count against Defendant for alleged discrimination in violation Americans with Disabilities Act, 42 U.S.C. § 12112 et seq. ("ADA"), the Age Discrimination in Employment Act 29 U.S.C. § 623 et seq. ("ADEA"), and Title VII of the Civil Rights Act, 42 U.S.C. § 2000e-2 ("Title VII").

3.	On December 12, 2022, Defendant filed a Notice of Removal in the United States District Court for the Middle District of Florida, Ocala Division, under 28 U.S.C. §§ 1331 and 1446.  A copy of Defendant's Notice of Removal filed in Federal Court is attached as **Exhibit 1.**

Dated: December 12, 2022.                    Respectfully submitted,


*/s/ Lauren C. Robertson*
Kimberly J. Doud
Fla. Bar No. 523771
Email:  kdoud@littler.com

Lauren C. Robertson
Fla. Bar No. 1024845
Email:  lcrobertson@littler.com

LITTLER MENDELSON, P.C.
111 N. Orange Ave., Suite 1750
Orlando, FL 32801
Tel:  (407) 393-2900
Fax: (407) 393-2929

Attorneys for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of December 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via the Florida Courts E-Filing Portal, which will automatically send an electronic message to:

Eric R. Sloan, Esq.
**The Sloan Firm PLLC**
57 W Granada Blvd.
Ormond Beach, FL 32174
Tel:  386.760.3232
eric.sloan@thesloanfirm.com

Attorney for Plaintiff

                                                    */s/ Lauren C. Robertson*
                                                    Lauren C. Robertson

4886-5474-7968.2 / 070462-1096

IN THE CIRCUIT COURT OF THE
THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR
MARION COUNTY, FLORIDA

CASE NO.:

SATYANARAYAN HEGDE, M.D., an individual,

        Plaintiffs,

v.

ADVENTIST HEALTH SYSTEM/SUNBELT, INC., a Florida not for profit corporation d/b/a ADVENTHEALTH MEDICAL GROUP,

        Defendant.

# COMPLAINT

COMES NOW, the Plaintiff, Satyanarayan Hegde, M.D. ("HEGDE"), by and through his undersigned attorney, The Sloan Firm PLLC, to complain and allege as follows:

## NATURE OF THE ACTION

1. This is an action for discrimination in employment hiring practices and brought pursuant to 42 U.S.C. § 2000e-2, 29 U.S.C. § 623, and 42 U.S.C § 12112.

## JURISDICTION & VENUE

2. This is an action at law in which the matter in controversy exceeds, exclusive of interest, costs, and fees, thirty thousand dollars ($30,000.00); therefore, this Court has proper jurisdiction pursuant Section 26.012 of the *Florida Statutes*.

3. Marion County is the proper and appropriate venue as the discrimination alleged took place within Marion County.

## PARTIES

4. At all times relevant to this Complaint, HEGDE was a qualified Florida-licensed medical doctor seeking employment through public job postings at AdventHealth-Ocala in Marion County.

5. At all times relevant to this Complaint, ADVENTIST HEALTH SYSTEM/SUNBELT, INC. d/b/a ADVENTHEALTH MEDICAL GROUP ("AHMG") was a Florida not for profit corporation operating its business in Marion County.

## CONDITIONS PRECEDENT

1. There are no conditions precedent to the filing of this action. Plaintiff was awarded a right to sue letter by the Equal Employment Opportunity Commission on June 14, 2022, and, as such, this cause is now properly before the Court.

## STATEMENT OF ULTIMATE FACTS

2. Plaintiff's race is Asian-Indian.

3. Plaintiff's religion is Hindu.

4. Plaintiff is over the age of 40.

5. Plaintiff suffers from Rallison Syndrome and has reduced lung capacity.

6. In or about March 2020, HEGDE applied for a position with AHMG to which he was qualified. AHMG refused to hire HEGDE because of his race, religion, disability, and/or or age.

7. Including the foregoing, HEGDE had applied for six (6) different positions with AHMG of which he was substantially qualified.

8. In all six (6) incidents, AHMG rejected HEGDE because of race, religion, disability and/or age.

## COUNT I
### EMPLOYMENT HIRING DISCRIMINATION

9. Plaintiff realleges paragraphs 1 through 8 above and incorporates them herein by reference.

10. 42 U.S.C. 2000e-2 makes it unlawful to refuse to hire any individual because of such individual's race, sex, or religion.

11. 29 U.S.C. 623 makes it unlawful to refuse to hire any individual because of age.

12. 42 U.S.C 12112 makes it unlawful to discriminate against qualified individuals with disabilities.

13. On at least six (6) occasions, AHMG used race, religion, age, and/or disability to discriminate against HEGDE by refusing to hire him.

14. HEGDE was qualified for each of the six (6) positions he applied for at AHMG.

15. AHMG, on the basis of race, sex, religion, age and/or disability consistently refused to hire HEGDE for numerous positions to which he was qualified.

16. As a direct and proximate result of the foregoing discrimination, HEGDE has been damaged in the amount of $30,000.00 and such additional amounts to be proven at trial.

**ATTORNEY FEES**

Plaintiffs engaged the services of The Sloan Firm PLLC for the purpose of bringing this action and has agreed to pay said attorney a reasonable fee. If this matter is resolved by default judgment, a reasonable attorney fee to award Plaintiff is $15,000.00.

## TRIAL BY JURY

Pursuant to Rule 1.430(b) of the *Florida Rules of Civil Procedure*, HEGDE demands a trial by jury as to all counts alleged herein so triable.

## PRAYER FOR RELIEF

WHEREFORE, HEGDE requests relief as follows:

1. As to Count I, for an award of damages to HEGDE in the amount of no less than $30,000.00 and such other amounts to be proven at trial;

2. For pre and post-judgment interest on all damages awarded;

3. For attorney fees and costs incurred in prosecuting this matter; and

4. For such other relief as deemed equitable and just by the Court.

DATED this 12th day of September 2022.

*Attorney Plaintiff.*

/s/ *Eric R. Sloan*
Eric R. Sloan
Florida Bar No. 1019123
The Sloan Firm PLLC
57 W Granada Blvd.
Ormond Beach, FL 32174
Telephone: (386) 760-3232
Email: eric.sloan@thesloanfirm.com

# FORM 1.997.   CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

_____

## I.   CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>FIFTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MARION</u>   COUNTY, FLORIDA

<u>Satyanarayan Hegde</u>
Plaintiff                                                                                                    Case # _____
                                                                                                              Judge   _____

vs.

Defendant

_____

## II.   AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- ☐ $8,000 or less
- ☐ $8,001 - $30,000
- ☒ $30,001- $50,000
- ☐ $50,001- $75,000
- ☐ $75,001 - $100,000
- ☐ over $100,000.00

## III.   TYPE OF CASE

(If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☒ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

  1

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

**IX. DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
☐ yes
☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Eric R Sloan      Fla. Bar # 1019123
    Attorney or party                  (Bar # if attorney)

Eric R Sloan            09/12/2022
(type or print name)           Date