Case 5:22-cv-00652-GAP-PRL   Document 1-3   Filed 12/12/22   Page 1 of 1 PageID 19



GREGORY C. HARRELL • Clerk of Court and Comptroller • Marion County, Florida

New Search   Expand All

| Case Number | Filed Date | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|
| 422022CA001890CAAXXX [22CA001890AX] | 09/12/2022 | Circuit Civil 3-D | OPEN | NO | YES |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 09/12/2022 | OTHER CIVIL-DISCRIMINATION-EMPLOYMENT OR OTHER | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| ROGERS, STEVEN GLEN | JUDGE | | |
| HEGDE, SATYANARAYAN    Search This Party | PLAINTIFF | SLOAN, ERIC RODNEY | 1019123 |
| Adventist Health System Sunbel    Search This Party | DEFENDANT | | |
| A FLORIDA NOT FOR PROFIT CORPO    Search This Party | ALSO KNOWN AS | | |
| DBA ADVENTHEALTH MEDICAL GROUP    Search This Party | ALSO KNOWN AS | | |

### Dockets

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 4 | 09/13/2022 | Payment received: $400.00 Receipt Number XX 779773 | |
| | 2 | 09/13/2022 | Judge: Assigned | |
| 📄 | 7 | 09/12/2022 | PETITION/COMPLAINT | 4 |
| 📄 | 6 | 09/12/2022 | CIVIL COVER SHEET | 3 |
| | 5 | 09/12/2022 | Filer Selected Confidentiality Flag: . NoConfidentialInformation | |
| | 3 | 09/12/2022 | Assessment 1 assessed at sum $400.00 | |
| | 1 | 09/12/2022 | Case 422022CA001890CAAXXX Filed with Clerk on 9/12/2022 | |

### Judge Assignment History

### Court Events

### Financial Summary

### Reopen History

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.